NUMBER 13-01-656-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


CHARLES ALLEN BROWN , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, CHARLES ALLEN BROWN , perfected an appeal from a judgment entered by the 105th District Court of
Nueces County, Texas, in cause number 01-CR-1319-D. Appellant has filed a motion to withdraw the appeal. The
motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that
appellant's motion to withdraw the appeal should be granted. Appellant's motion to withdraw the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 4th day of April, 2002 .